Commonwealth ex rel. Fromknecht, Appellant, *v.*
Russell.

Submitted April 12, 1965. *Richard Paul Fromknecht,* appellant, in propria persona; *William A. Peiffer,* Assistant District Attorney, and *Edward H. Carney,* District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.

Commonwealth ex rel. Gaito, Appellant, *v.*
Rundle.

Submitted April 14, 1965. *Joseph Gaito,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Orders affirmed.

FLOOD, J., absent.

Commonwealth ex rel. Geisler, Appellant, *v.*
Maroney.

Submitted April 12, 1965. *Theodore Geisler,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.